Link[s]: 353

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOCHNER TECHNOLOGIES, LLC, | Case No. 2:12-CV-1659-MRP-MLGx |
| Plaintiff, | **ENTRY OF FINAL JUDGMENT** |
| v. | |
| APPLE INC., et al., | |
| Defendants. | |

Plaintiff Lochner Technologies, LLC brought the present action against Defendants VIZIO, Inc. and Toshiba America Information System Inc. (collectively, "Defendants") alleging infringement of U.S. Patent No. 7,035,598 ("the '598 Patent"). Defendants filed counterclaims seeking a declaration that the '598 Patent is not infringed and is invalid.

Defendant's Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,035,598 Under 35 U.S.C. § 112 came on hearing before this Court on June 4, 2013. After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Defendants on Plaintiff's claim of infringement of the '598 Patent and Defendants' counterclaims for a declaration of invalidity based upon the following grounds:

    a. Asserted claims 1–10 and 12 of the '598 Patent are invalid for lack of adequate written description under 35 U.S.C. § 112, ¶ 1; and

    b. Asserted claims 1–10 and 12 of the '598 Patent are invalid for failure to claim what the applicant regards as his invention under 35 U.S.C. § 112, ¶ 2.

2. Defendants' remaining counterclaims are dismissed without prejudice; and

3. Pursuant to Federal Rule of Civil Procedure 54(d) and L.R. 54-2.2, Defendants are entitled to recover costs incurred in this action.

DATED: July 5, 2013

_____
Hon. Mariana R. Pfaelzer
United States District Judge